## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| CARLOS BRITO, Individually, | : | Case No.: 0:20-CV-62265-RKA |
| | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | |
| ARCP RL PORTFOLIO VI, LLC, *et al.,* | : | |
| | : | |
| Defendants. | : | |

_____ /

## NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and the Defendants, ARCP RL PORTFOLIO VI, LLC, and (collectively referred to as the 'Parties"), and RED LOBSTER HOSPITALITY LLC d//b/a RED LOBSTER #0424, hereby notify the Court that a settlement has been reached, by and between the Parties. The Parties are in the process of preparing and executing settlement documents, and they anticipate filing a Joint Stipulation of Dismissal to properly dispose of this action.

In view of the Parties settlement, 30 days is requested to fill all necessary motions or stipulations with the Court.

Dated: January 15, 2021

Respectfully submitted,

By:*/S/ Camilo F. Ortega*
Camilo F. Ortega, Esq.,
Florida Bar No.: 75387
ORTEGA LAW GROUP, P.A.,
2440 SE FEDERAL HIGHWAY
SUITE M
STUART, FLORIDA 34994
Ph: (786) 452-9709

1

Fax: (772) 617-6201
E-Mail: camilo@ortegalawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **January 15, 2021**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Camilo F. Ortega, Esq
Camilo F. Ortega

## SERVICE LIST
**CASE NO.:** 0:20-CV-62265-RKA

**Service by CM/ECF**
Camilo F. Ortega, Esq.,
ORTEGA LAW GROUP, P.A.,
2440 SE Federal Highway, Suite M
Stuart, Florida 34994
Ph: (786) 452-9709
Fax: (772) 617-6201
E-Mail: camilo@ortegalawgroup.com
Jason F. Valentin, Esq., *Of Counsel*
**Of Counsel Direct Telephone Line**
Ph: (914) 618-2653
E-Mail: jason@ortegalawgroup.com
Counsel for the Plaintiff

**Service by CM/ECF**
Joyce Ackerbaum Cox, Esq.,
BAKER & HOSTETLER
200 S Orange Avenue
Suite 2300 P.O. Box 112
Orlando, FL 32802-0112
Ph: 407-649-4000
Fax: 841-0168
Email: jacox@bakerlaw.com
Counsel Defendants