UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| CARLOS BRITO, Individually, | : | Case No.: 0:20-CV-62265-RKA |
| Plaintiff, | : | |
| v. | : | |
| ARCP RL PORTFOLIO VI, LLC, *et al.,* | : | |
| Defendants. | : | |
| _____ / | | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE Plaintiff, CARLOS BRITO ("Plaintiff") and Defendants, ARCP RL PORTFOLIO VI, LLC, and RED LOBSTER HOSPITALITY LLC d//b/a RED LOBSTER #0424, ("Defendants"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, dismiss this action, with prejudice and with each party bearing their own attorneys' fees and costs.

Respectfully submitted

Dated: January 27, 2021

By:/S/ *Camilo F. Ortega*
Camilo F. Ortega, Esq.,
Florida Bar No.: 0075387
ORTEGA LAW GROUP, P.A.,
2440 SE FEDERAL HIGHWAY
SUITE M
STUART, FLORIDA 34994
Ph: (786) 452-9709
Fax: (772) 617-6201
E-Mail: camilo@ortegalawgroup.com
Service by E-Mail:
attorneyservice@ortegalawgroup.com
Counsel for Plaintiff

By:/S/ *Joyce Ackerbaum Cox*
Joyce Ackerbaum Cox, Esq.,

BAKER & HOSTETLER
200 S Orange Avenue
Suite 2300 P.O. Box 112
Orlando, FL 32802-0112
Ph: 407-649-4000
Fax: 841-0168
Email: jacox@bakerlaw.com
Counsel Defendants

**SERVICE LIST**
**CASE NO.:** 0:20-CV-62265-RKA

**Service by CM/ECF**
Camilo F. Ortega, Esq.,
ORTEGA LAW GROUP, P.A.,
2440 SE Federal Highway, Suite M
Stuart, Florida 34994
Ph: (786) 452-9709
Fax: (772) 617-6201
E-Mail: camilo@ortegalawgroup.com
Jason F. Valentin, Esq., *Of Counsel*
**Of Counsel Direct Telephone Line**
Ph: (914) 618-2653
E-Mail: jason@ortegalawgroup.com
Counsel for the Plaintiff

**Service by CM/ECF**
Joyce Ackerbaum Cox, Esq.,
BAKER & HOSTETLER
200 S Orange Avenue
Suite 2300 P.O. Box 112
Orlando, FL 32802-0112
Ph: 407-649-4000
Fax: 841-0168
Email: jacox@bakerlaw.com
Counsel Defendants