UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62265-CIV-ALTMAN/Hunt

**CARLOS BRITO**,

    *Plaintiff*,

v.

**ARCP RL PORTFOLIO VI, LLC** *et al.*,

    *Defendant*.

_____/

**ORDER OF DISMISSAL**

**THIS MATTER** comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 19]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED with prejudice.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of February 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record